**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Pedro Luis LAURIAN–MATUZ,**
**Defendant–Appellant.**

**No. 15–50630**
**Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed: 06/21/2016

Joseph H. Gay, Jr., Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

Pedro Luis Laurian–Matuz, Milan, NM, for Defendant–Appellant.

Before JONES, CLEMENT, and OWEN, Circuit Judges.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

**PER CURIAM:** \*

The attorney appointed to represent Pedro Luis Laurian–Matuz has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Laurian–Matuz has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.